**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CLAUDIO GIULIANO, individually and on behalf of a nationwide class of similarly situated individuals, <br><br>     Plaintiff, <br><br> v. <br><br> MIDLAND CREDIT MANAGEMENT, INC., <br><br>     Defendant. | Case No. 19-cv-05436 <br><br> Judge: John Z. Lee <br><br> Magistrate Judge: Susan E. Cox |

## NOTICE OF MOTION

To:   James Vlahakis
      SULAIMAN LAW GROUP, LTD.
      2500 South Highland Avenue, Suite 200
      Lombard, IL 60148
      jvlahakis@sulaimanlaw.com

**PLEASE TAKE NOTICE** that on October 17, 2019 at 9:00 a.m., I shall appear before the Honorable John Z. Lee sitting in Courtroom 2125 of the United States District Court for the Northern District of Illinois and present **Agreed Joint Motion to Stay Proceedings**.

| | |
|---|---|
| David M. Schultz <br> Jennifer W. Weller <br> HINSHAW & CULBERTSON LLP <br> 151 North Franklin Street, Suite 2500 <br> Chicago, IL 60606 <br> Tel:   312-704-3000 <br> Fax:   312-704-3001 <br> Email: dschultz@hinshawlaw.com <br>          jweller@hinshawlaw.com | Respectfully submitted, <br><br> MIDLAND CREDIT MANAGEMENT, INC., <br> Defendant <br><br> /s/ *Jennifer W. Weller* <br> Jennifer W. Weller |

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2019, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the foregoing **Agreed Joint Motion to Stay Proceedings** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

                                             /s/ *Jennifer W. Weller*

304511522v1 1023619